NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

APR 24 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30113 |
| Plaintiff-Appellee, | D.C. No. 4:08-cr-00076-SEH |
| v. | |
| JOHN P. DEWEY, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Montana
Sam E. Haddon, District Judge, Presiding

Submitted April 11, 2017**

Before:     GOULD, CLIFTON, and HURWITZ, Circuit Judges.

John P. Dewey appeals from the district court's order denying his motion for

a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28

U.S.C. § 1291, and we affirm.

Dewey contends that the district court erred by denying his motion without

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2). Dewey's request for oral
argument is denied.

first appointing counsel to represent him.  This claim fails because Dewey had no

constitutional right to counsel when bringing his section 3582 motion.  *See United*

*States v. Townsend*, 98 F.3d 510, 512-13 (9th Cir. 1996).  Moreover, because

Dewey was sentenced as a career offender under U.S.S.G. § 4B1.1, the district

court correctly determined that he is ineligible for a sentence reduction under

Amendment 782.  *See* 18 U.S.C. § 3582(c)(2); *United States v. Wesson*, 583 F.3d

728, 731 (9th Cir. 2009).

    **AFFIRMED.**

16-30113